# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140271

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LUCKY 7 DEVELOPMENT L.L.C. and
GRANDE POINTE DEVELOPMENT, L.L.C.,
     Plaintiffs-Appellants,

v

CLAY TOWNSHIP,
     Defendant-Appellee.

SC: 140271
COA: 293462
St Clair CC: 08-000717-AA

_____/

     On order of the Court, the application for leave to appeal the November 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

p0517

_____
Clerk